UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.**  2:24-cv-02943-WDK (BFM)                **Date:**  July 16, 2024

Title      *Keyonna Jacarie Bateman v. Martin J. O'Malley, Comm'r of Soc. Sec.*

Present:  The Honorable  Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:         Attorneys Present for Defendants:

N/A                                             N/A

**Proceedings:      (In Chambers) Order to Show Cause**

Pursuant to the Court's April 19, 2024, Scheduling Order for Social Security Appeals with Unrepresented Litigants (ECF 6), Plaintiff's initial brief in support of the Complaint was to be filed no later than thirty (30) days after the Answer was filed (*i.e.*, by July 10, 2024). As of today's date, the Court has not received Plaintiff's initial brief. Accordingly, **no later than August 15, 2024, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of Plaintiff's initial brief by the Court on or before **August 15, 2024**, shall be deemed compliance with this Order to Show Cause.

Plaintiff is reminded that the Central District of California offers information and guidance to individuals who are representing themselves in federal civil actions. The Federal Pro Se Clinic in Los Angeles is in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012, and operates **by appointment only**. Plaintiff may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.**  2:24-cv-02943-WDK (BFM)                    **Date:**  July 16, 2024

Title        *Keyonna Jacarie Bateman v. Martin J. O'Malley, Comm'r of Soc. Sec.*

schedule an appointment either by calling the Clinic at (213) 385-2977, ext.
270, or by submitting an on-line requests for services at the following website:
https://prose.cacd.uscourts.gov/los-angeles.

       **IT IS SO ORDERED**.

cc:    Keyonna Jacarie Bateman, pro se
       Jennifer Lee Tarn, SAUSA

                           Initials of Preparer:    ch