UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.**  2:24-cv-02943-WDK (BFM)                    **Date:**  November 6, 2024

Title    *Keyonna J. B. v. Martin J. O'Malley, Comm'r of Soc. Sec.*

Present:  The Honorable  Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

N/A                                        N/A

**Proceedings:      (In Chambers) Second Order to Show Cause**

Pursuant to the Court's April 19, 2024, Scheduling Order for Social Security Appeals with Unrepresented Litigants (ECF 6), Plaintiff's initial brief in support of the Complaint was to be filed no later than thirty (30) days after the Answer was filed (*i.e.*, by July 10, 2024). Plaintiff did not meet that deadline and the Court issued an Order to show cause why the case should not be dismissed. (ECF 9.) Plaintiff did not respond to the Order to show cause, and on September 9, 2024, the Court issued a Report and Recommendation (ECF 10) recommending that the action be dismissed without prejudice for failure to prosecute and to follow court orders. Plaintiff timely objected to the Report and Recommendation. (ECF 12.)

In her Objection, Plaintiff explained that she received assistance from the Federal Pro Se Clinic and understood what is required for her to move forward with her case. (ECF 12.) The Court granted Plaintiff's request for an extension of time to file her brief in support of the Complaint and withdrew the Report and Recommendation. (ECF 14.) Plaintiff's brief in support of her Complaint was due no later than October 25, 2024.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.**  2:24-cv-02943-WDK (BFM)                **Date:**  November 6, 2024

Title      *Keyonna J. B. v. Martin J. O'Malley, Comm'r of Soc. Sec.*

Yet, as of the date of this Order, Plaintiff has not filed her brief and the time to do so has again passed. Accordingly, **no later than December 6, 2024, Plaintiff is again ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.

Filing of Plaintiff's initial brief with the Court on or before **December 6, 2024**, shall be deemed compliance with this Order to show cause.

Plaintiff is provided this one final opportunity—if she does not take action within the deadline set by the Court (or seek an extension of that deadline, if she has a **good** reason to do so), **the Court will recommend to the assigned District Judge that the action be dismissed for failure to prosecute or failure to follow court orders**.

**IT IS SO ORDERED**.

cc:    Keyonna J.B., pro se
Jennifer Lee Tarn, SAUSA

Initials of Preparer:  ___ch___