JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEYONNA J. B., <br>     Plaintiff, <br> v. <br> LELAND DUDEK, Acting Commissioner of Social Security, <br>     Respondent. | No. 2:24-cv-02943-WDK-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is affirmed and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 5, 2025

_____
HONORABLE WILLIAM D. KELLER
SENIOR UNITED STATES DISTRICT JUDGE